**Exhibit A to the Complaint**

**Location:** Clarksville, MD  **IP Address:** 71.179.35.156
**Total Works Infringed:** 30  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 00FEEAC5BBCEC2BDD60F53DE2F8D48FE998AB0D8<br>File Hash:<br>F02B8F6739A45B42F9007334F70C0C6399B08182423865E59F66ADD95DE1D2E2 | 03-07-2023 16:02:19 | Tushy | 01-29-2023 | 03-07-2023 | PA0002400310 |
| 2 | Info Hash: A594BCB10106A2EB7F5AC176DF2AA1FDF0303FBA<br>File Hash:<br>DC0678C1B3277C59BDE35F9A70100BCC96911431D1122BFFB6515A768497F41F | 03-07-2023 13:40:36 | Vixen | 02-10-2023 | 03-08-2023 | PA0002400313 |
| 3 | Info Hash: A6D8F7D4C171F92B974D699DEED775D9F49AB6ED<br>File Hash:<br>A08F7FC0A88AA1C8F2C4644AF5217623DD09124D80F116988FC939FDFF3EBC01 | 03-07-2023 05:50:40 | Vixen | 09-09-2022 | 10-05-2022 | PA0002373766 |
| 4 | Info Hash: A3A6EC4DD32C9E8C9AE92DC40BAA51E4C52A3399<br>File Hash:<br>4C96EA211CC048F17CBA21D0C24A68A0E74F25F0AEDE9B79A8DE47E680B0E722 | 03-07-2023 00:15:22 | Slayed | 07-05-2022 | 07-21-2022 | PA0002367492 |
| 5 | Info Hash: 809B162C22ABD37CD07C346DAA103D0C42B20F6E<br>File Hash:<br>0D4CB5EDAEC9B40F128E11CB047013FC8D3770060726FE0BD6D2723141B74580 | 03-07-2023 00:12:44 | Blacked | 10-22-2022 | 10-31-2022 | PA0002377820 |
| 6 | Info Hash: BE80A415BC202E76FA9157156AB5E966C74933F7<br>File Hash:<br>AF49BA7E7CB74EE8142C90F0A28D874C3975C1C92742C95ED04F5D1A4C0D38C2 | 03-06-2023 17:07:42 | Tushy | 10-09-2022 | 11-27-2022 | PA0002389321 |
| 7 | Info Hash: DDBB00FC42073359E8ECFC10A46AA9A2C89E3591<br>File Hash:<br>31A340DED1153F86AC6200961C0AE32914813D50B8F2C32FAFEAB54018D3AF15 | 03-06-2023 17:06:16 | Vixen | 10-14-2022 | 10-31-2022 | PA0002377830 |
| 8 | Info Hash: C7685B170A9066BD3BD38157764F014AD26F6F6A<br>File Hash:<br>6B4F64DD5CFF754DF862D617CC6A5A271D0CD8DEE824DF96C798BA9227836E6E | 03-06-2023 16:44:05 | Vixen | 11-18-2022 | 12-11-2022 | PA0002384397 |
| 9 | Info Hash: C9424E695466A28C291581C789F844651ADF1521<br>File Hash:<br>D2C602B4A11E162C545084A1EC99CCAA85F902CBB303C537296B269B75EB350C | 03-06-2023 16:08:01 | Tushy | 01-08-2023 | 01-27-2023 | PA0002393072 |
| 10 | Info Hash: D12A07257FE12064F7F7BECE5EAEBE4E3C1F243A<br>File Hash:<br>1C9AF7265A329E592917644F5C0B04F297958FD8B33EABF8CE838524C95A25DD | 03-06-2023 10:42:05 | Vixen | 12-25-2020 | 02-02-2021 | PA0002280511 |
| 11 | Info Hash: 62F44792B3F0A06152C9B94C39BE49E31AEBFE90<br>File Hash:<br>7EF2B0859D4792145C992CC072944A2629002AEDB00BE47F8D854D2776E9F110 | 03-06-2023 10:36:10 | Vixen | 12-30-2022 | 01-10-2023 | PA0002389585 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 9F8FAFCCD43E965479F3E50B77C2B49F1182762B<br>File Hash: 546BCB922FC4DDF5EF23A157B572F4CD6F393010F6AA227E85AFEC8A9CB7BB97 | 03-06-2023 10:09:42 | Slayed | 08-09-2022 | 10-05-2022 | PA0002378461 |
| 13 | Info Hash: F0B5D01F5BC2DA86FA7A440BC6DD0AF9BBDCAE86<br>File Hash: 4923F09EBB23E4658B53D505752CDBAD912D06ACD66AB5CAD0A8332059AD7B68 | 03-06-2023 10:00:14 | Tushy | 02-26-2023 | 03-06-2023 | PA0002399996 |
| 14 | Info Hash: 18AC2F286D50E7D1B5B0CCB051B7955FB1D0CA68<br>File Hash: 5837E4717E3F682DF5B7F6358965F8503679F2D0E21A872D543723DD22327963 | 03-06-2023 09:38:23 | Vixen | 11-11-2022 | 12-11-2022 | PA0002384688 |
| 15 | Info Hash: 7BBC39AE1CD499ED2927D65025308FA6BBCC8CC7<br>File Hash: 6139CD3FAAC442B2017AB8DB03AE429B9661A094B6C8C2AF123BF915DAAEC6FF | 03-06-2023 04:37:24 | Tushy | 09-11-2022 | 10-05-2022 | PA0002373765 |
| 16 | Info Hash: 1A82CD38DEBBAC7E19E06FED020AA506939EB78E<br>File Hash: 3B51C832779DA7494884D77EC3F3CD7B778535C48773363EB738C8372703A897 | 03-06-2023 03:57:46 | Tushy | 12-18-2022 | 01-10-2023 | PA0002389612 |
| 17 | Info Hash: A226E8E6DE9FA142E62B538BC31C1E913297A4F2<br>File Hash: B028A68CC5FF94995EF12037B648A4F3DEFBB9D10A571805861DE84AC24C43B9 | 03-06-2023 03:57:06 | Vixen | 10-21-2022 | 11-01-2022 | PA0002378075 |
| 18 | Info Hash: 7936E8BF6741D6C684F478E9F85FA9E39EA252D2<br>File Hash: 8D2FDFFF2B2879BAA3024D69B8C81EC13657116E990FAF1AA94161764D800188 | 03-06-2023 03:12:03 | Vixen | 07-13-2018 | 08-07-2018 | PA0002131906 |
| 19 | Info Hash: 5F1842D1212706E5A613D18765C50E0D7494DDA4<br>File Hash: 848EE2AEF1B5A7DA11B5BBC7D40B123D9FCDA5DB0C6E7F23C505BE6B24E76888 | 03-06-2023 03:00:38 | Slayed | 07-19-2022 | 08-10-2022 | PA0002370906 |
| 20 | Info Hash: 6252B31B911F555C1913BA8CA26C73AC3D3C397C<br>File Hash: B22813B0BA7CA0B3646CA7644D14A7A07DB4649615B762C6C06FAAE530F1D3CE | 03-06-2023 02:53:52 | Tushy | 01-01-2023 | 01-10-2023 | PA0002389579 |
| 21 | Info Hash: 03FD2DBC466908912E5CC1E47DBB9DCD9F7A4FCC<br>File Hash: D01EFA1A375380FC042EA0ADB1EB4C50AF9E39BB990A85FB68EB9D63A44D4E94 | 03-05-2023 22:20:09 | Slayed | 09-06-2022 | 09-22-2022 | PA0002378458 |
| 22 | Info Hash: 9C46A84A4C2F17D73DE41DF4C87AF1525BF40081<br>File Hash: 6BCD3834F7796E7CA37F80870899FDC669E38931B742E8DD1DA0CC660A758968 | 03-05-2023 22:09:13 | Tushy | 12-25-2022 | 01-10-2023 | PA0002389583 |
| 23 | Info Hash: D1F556BB3919E2D5DAF5E7E8E0C4C04FA6F86043<br>File Hash: 192F9D576E381B0CDA44BC6F78B253E89BFCF8B3512866106F0BE9B1A3A695DA | 03-05-2023 22:00:32 | Vixen | 07-31-2020 | 08-11-2020 | PA0002252260 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: C3016B5738BA7A00BEEEEC4D19773A23ABEF1F4D<br>File Hash: C514DCAC5CF7B4BDCE2DED02FC6C96B0D9B90444F60B7EB1A1EDCB8FB2AC34BB | 01-13-2023 19:18:44 | Vixen | 07-15-2022 | 07-22-2022 | PA0002359477 |
| 25 | Info Hash: 22222AEDE166BF3D39FC7C44DA767A30B57F0599<br>File Hash: 3F83F477B001B32ADF4A6CE5858AF085B43D96D2B0354FBBF99FC9F2100417C4 | 12-31-2022 13:32:54 | Tushy | 09-18-2022 | 10-05-2022 | PA0002373759 |
| 26 | Info Hash: 3289862151F3F22F39D839F83AE3A4FBB5A9EF8E<br>File Hash: 47DF7E09EAED11BF1378F298D546506A5928ED8A35A6C9D504D9D2D7DC1CD9EB | 12-31-2022 13:28:00 | Blacked | 11-05-2022 | 12-11-2022 | PA0002384720 |
| 27 | Info Hash: BF8E8F13E6E0006C011A69E4CBDC061CD51CA4C4<br>File Hash: B5F9EBB728F9FDB4AB18B44FF8E91070DA34FCF436DFF4520240A1B7EDD4A76F | 12-31-2022 13:13:30 | Tushy | 11-06-2022 | 12-11-2022 | PA0002384747 |
| 28 | Info Hash: D54009F46F0031AFE721C79CF055FC9A975364EC<br>File Hash: 8E58D1254C8671D347F5C8FB57D68C5FC893E705D083AD637DAC231DD06C7180 | 12-31-2022 07:41:07 | Vixen | 09-30-2022 | 10-31-2022 | PA0002377819 |
| 29 | Info Hash: CC9940611BC3E245EB2BBD12D08F766733624EDC<br>File Hash: 0FD586D9FDE069E2057CA6E01C0F80DFAC14DBAC60EF195747AEDAE1DD46B9A1 | 12-31-2022 07:32:13 | Blacked | 11-19-2022 | 12-11-2022 | PA0002384693 |
| 30 | Info Hash: BFD12368B88A628395499BF8A64D35ECFF9BA00B<br>File Hash: F2397AF9D2E61ACB1B334636CEEB2E4C637FE74A4F673304A09574E014C7039F | 06-23-2022 10:15:53 | Vixen | 09-26-2017 | 10-10-2017 | PA0002085861 |